# In the United States Court of Appeals for the Third Circuit

| | | |
|---|---|---|
| PACE-O-MATIC, INC. | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| vs. | ) | [ELECTRONICALLY FILED] |
| | ) | |
| ECKERT, SEAMANS, CHERIN & MELLOT, LLC. | ) | Docket No. 24-1984 |
| | ) | |
| | ) | |
| Appeal of Greenwood Gaming & Entertainment, Inc., d/b/a Parx Casino | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS APPEAL

Greenwood Gaming & Entertainment, Inc., d/b/a Parx Casino ("Parx") files its unopposed motion for an extension of time to respond to a motion to dismiss the above-captioned appeal filed by appellee Pace-O-Matic, Inc. ("POM").

1.      On May 28, 2024, Parx filed a notice of appeal from an order and opinion of the United States District Court for the Middle District of Pennsylvania. *See* Doc. 1.

2. This Court docketed the appeal at 24-1984 on May 31, 2024.

3. Also on May 31, 2024, POM filed a motion to dismiss the appeal for lack of jurisdiction. *See* Doc. 5.

4. F.R.A.P. 27 provides that responses to motions must be filed within 10 days from the date of service of the motion.

5. Parx's response to the motion currently is due on or before June 10, 2024.

6. Due to the press of other matters for clients with deadlines this week and next week, Parx requests a short extension until June 24, 2024, to respond to the motion.

7. Counsel for Parx has conferred with counsel for POM regarding this request for an extension.

8. Counsel for POM consents to Parx's request for an extension.

WHEREFORE, Parx respectfully requests the Court grant this motion and extend the deadline for Parx to file its response to POM's motion to dismiss until June 24, 2024.

June 3, 2024

Respectfully submitted,

**GA BIBIKOS LLC**

/s George A. Bibikos
George A. Bibikos
5901 Jonestown Rd. #6330
Harrisburg, PA 17112
(717) 580-5305
gbibikos@gabibikos.com

*Counsel for Greenwood Gaming &*
*Entertainment, Inc., d/b/a Parx Casino*

# CERTIFICATE OF SERVICE

I certify that on this day I caused the foregoing to be served on counsel of record via the Court's e-filing system.

/s George A. Bibikos
George A. Bibikos