**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>CIVIL APPEAL INFORMATION STATEMENT</u>

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
_____

APPEAL FROM DISTRICT COURT:
District:_____
D.C. Docket No.:_____
Date proceedings initiated in D.C.:_____
Date Notice of Appeal filed:_____
USCA No.:_____

<u>COUNSEL ON APPEAL</u>

**Appellant(s)**:_____
Name of Counsel:_____
Name of Party(ies):_____
Address:_____
Telephone No.:_____
Fax No.:_____
E-mail:_____

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel:_____
Name of Party(ies):_____
Address:_____
Telephone No.:_____
Fax No.:_____
E-mail:_____

Name of Counsel:_____
Name of Party(ies):_____
Address:_____
Telephone No.:_____
Fax No.:_____
E-mail:_____

Is this a Cross-Appeal?                    Yes ☐          No ☐
Appeals Docket No.:_____

Was there a previous appeal in case?       Yes ☐          No ☐
If yes, Short Title:_____
Appeals Docket No.:_____
Citation, if reported:_____

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:

a) Arises from substantially the same case or controversy as this appeal?    Yes ☐    No ☐

b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?

Yes ☐    No ☐

If you answered yes to either "a" or "b" please provide:

Case Name:_____

D.C. Docket No.:_____

Court or Agency:_____

Docket Number:_____

Citation, if reported:_____

---

## NATURE OF SUIT
### (Check as many as apply)

**1. FEDERAL STATUTES**
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify:_____

**2. TORTS**
☐ ADMIRALTY

☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify:_____

**3. CONTRACTS**
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify:_____

**4. PRISONER PETITIONS**
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify:_____

**5. OTHER**
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify:_____
☐ OTHER Specify:_____

---

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this _____ day of _____, 20_____ .

Signature of Counsel:_____

George W. Westervelt, Jr., Esq.
706 Monroe St
P.O. Box 549
Stroudsburg, PA 18360-0549
geowwest@ptd.net
*Counsel for Pace-O-Matic, Inc.*

Omobolanle A. Adeniran, Esq.
Jeffrey Jensen, Esq.
Michael Nolan, Esq.

Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
bola.adeniran@huschblackwell.com
jeff.jensen@huschblackwell.com
michael.martinich-sauter@huschblackwell.com
michael.nolan@huschblackwell.com
*Counsel for Pace-O-Matic, Inc.*

Michael Martinich-Sauter
JAMES OTIS LAW GROUP LLC
530 Maryville Centre Dr., Suite 230
St. Louis, Missouri 63141
(314) 949-3018
Michael.martinich-sauter@james-otis.com