## TRANSCRIPT PURCHASE ORDER
### for Third Circuit Court of Appeals

**District Court** _____  **Court of Appeals Docket No.** _____

**District Court Docket No.** _____

Short Case Title _____

Date Notice of Appeal Filed by Clerk of District Court _____

**Part I.**   (To be completed by party responsible for ordering transcript)   NOTE:  A SEPARATE FORM IS TO BE TYPED FOR
A.   <u>Check one</u> of the following and <u>serve ALL COPIES</u>:   EACH COURT REPORTER IN THIS CASE.

**TRANSCRIPT:**

_____   None   _____   Unnecessary for appeal purposes.

_____   Already on file in the District Court Clerk's office.

_____   This is to order a transcript of the proceedings heard on the date listed below from _____ (Court Reporter)
(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what
portion or what witness testimony is desired.

_____

_____

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be
included in the trial transcripts.

_____   Voir dire   _____   Open Statement of Plaintiff   _____   Opening Statement of Defendant

_____   Closing Argument of Plaintiff   _____   Closing Argument of Defendant

_____   Jury Instructions   _____   Sentencing Hearings

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED OR FAILURE TO
MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT ARE GROUNDS FOR
DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS

B.   This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript.
The method of payment will be:

_____   CJA Form submitted to District Court Judge   _____   Motion for Transcript has been submitted to District Court

_____   CJA Form submitted to Court of Appeals   _____   Private Funds

Signature _____   Date _____

Print Name _____   Counsel for _____

Address _____   Telephone _____

**Part II.**   COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of
Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

_____   Arrangements for payment were made on   _____

_____   Arrangements for payment have not been made pursuant to FRAP 10(b)

_____   _____   _____
**Date**   **Name of Court Report**   **Telephone**

**Part III.**   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter
on date of filing transcript in District. Court  Notification must be forwarded to the Court of Appeals on the same date.)

Actual Number of Pages _____   Actual Number of Volumes _____

_____   _____
Date   Signature of Court Reporter