UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 24-1984

Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellott, LLC
(M.D. Pa. No. 1-20-cv-00292)

## ORDER

It appears the appellant filed a motion asking the district court to reconsider the order on appeal or certify it under 28 U.S.C. § 1292(b).  Action on the plaintiff's motion to dismiss this appeal for lack of appellate jurisdiction is STAYED until the district court decides the appellant's pending motion.  The appellant must file written reports addressing the status of the motion on August 1, 2024, and every thirty (30) days thereafter until the motion has been decided.

Within fourteen days after the district court's decision, the appellant must respond to the plaintiff's motion to dismiss this appeal.  If, after the district court's decision, the plaintiff wants to file supplemental argument regarding this Court's appellate jurisdiction, it may do so within fourteen days of the district court's decision.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: June 10, 2024

kr/cc: All Counsel of Record