UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-063

No. 24-1984

PACE-O-MATIC, INC.

v.

ECKERT, SEAMANS CHERIN & MELLOTT LLC; MARK S. STEWART; KEVIN M. SKJOLDAL

*GREENWOOD GAMING AND ENTERTAINMENT, INC, d/b/a Parx Casino, Appellant

*(Pursuant to Rule 12(a), Fed. R. App. P.)

(M.D. Pa. No. 1:20-cv-00292)

Present:  PHIPPS, CHUNG and SMITH, Circuit Judges

  1. Motion by Appellee Pace-O-Matic, Inc to Dismiss Case for Lack of Jurisdiction;

  2. Response by Appellant to Motion;

  3.  Reply by Appellee Pace-O-Matic, Inc;

  4. Unopposed Motion by Appellee Pace-O-Matic, Inc to Review Motion to Dismiss Case for Lack of Jurisdiction.

Respectfully,
Clerk/kr

ORDER

The issue of jurisdiction is referred to the merits panel.  The parties are advised that this order does *not* represent a finding of jurisdiction in this matter.  As in all cases, the panel of this Court that reviews the appeal on its merits will make a final determination of jurisdiction.  A briefing schedule will be issued at the appropriate time. The parties should address jurisdiction in their briefs.  See Fed. R. App. P. 28(a)(4) & 28(b).

Pace-O-Matic's "Motion for Assignment of Motion to Dismiss to Standing Motions Panel," filed December 3, 2024, is DENIED as moot.

By the Court,

s/ Cindy K. Chung
Circuit Judge

Dated: March 11, 2025

kr/cc: All Counsel of Record