# In the United States Court of Appeals for the Third Circuit

| | |
|---|---|
| PACE-O-MATIC, INC. | ) |
| | ) |
| *Appellee,* | ) |
| | ) |
| *vs.* | ) [ELECTRONICALLY FILED] |
| | ) |
| ECKERT, SEAMANS, CHERIN & MELLOT, LLC. | ) Docket No. 24-1984 |
| | ) |
| | ) |
| *Appeal of Greenwood Gaming &* | ) |
| *Entertainment, Inc., d/b/a Parx Casino* | ) |

## UNOPPOSED MOTION FOR TWO-WEEK EXTENSION OF TIME TO FILE OPENING BRIEF AND JOINT APPENDIX

Greenwood Gaming & Entertainment, Inc., d/b/a Parx Casino ("Parx") moves for a two-week extension of the current deadline for filing its opening brief and joint appendix. The appellee, Pace-O-Matic, Inc. ("POM"), does not oppose this motion. In support, Parx states the following:

1.    On May 28, 2024, Parx filed a notice of appeal from an order and opinion of the United States District Court for the Middle District of Pennsylvania. *See* Doc. 1.

2.      Parx amended its appeal on July 11, 2024. *See* Doc. 19.

3.      After the parties completed briefing on a motion to dismiss for lack of jurisdiction filed by POM, the Court issued an order dated March 11, 2025, deferring its ruling on the motion and setting a briefing schedule.

4.      Per the Court's briefing schedule, Parx's opening brief and joint appendix must be filed on or before April 21, 2025.

5.      Due to the press of other matters for clients with pre-existing deadlines between now and April 21, 2025, together with scheduled travel during the week before and the week after the Greek Orthodox Easter holiday on April 20, 2025, Parx requests a two-week extension until May 5, 2025, to file its opening brief and joint appendix.

6.      Counsel for Parx has conferred with counsel for POM regarding this request for an extension.

7.      Counsel for POM consents to Parx's request for an extension.

WHEREFORE, Parx respectfully requests that the Court grant this motion and extend the deadline for Parx to file its opening brief and joint appendix until May 5, 2025.

April 3, 2025

Respectfully submitted,

**GA BIBIKOS LLC**

/s George A. Bibikos
George A. Bibikos
5901 Jonestown Rd. #6330
Harrisburg, PA 17112
(717) 580-5305
gbibikos@gabibikos.com

*Counsel for Greenwood Gaming & Entertainment, Inc., d/b/a Parx Casino*

## CERTIFICATE OF SERVICE

I certify that on this day I caused the foregoing to be served on counsel of record via the Court's e-filing system.

/s George A. Bibikos
George A. Bibikos