**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

CASE NO. 24-1984

**PACE-O-MATIC, INC.,**

*Plaintiff-Appellee,*

v.

**ECKERT SEAMANS CHERIN & MELLOTT, LLC, ET AL.,**

*Defendants*,

and

**GREENWOOD GAMING & ENTERTAINMENT, INC.,**

*Appellant*.

On Appeal from the United States District Court
for the Middle District of Pennsylvania
Case No. 1:20-cv-00292

**JOINT MOTION FOR LEAVE TO FILE
VOLUME III OF APPENDIX UNDER SEAL**

Pursuant to Local Appellate Rule 106.1, Appellant Greenwood Gaming & Entertainment, Inc. ("Parx") and Appellee Pace-O-Matic, Inc. ("POM") jointly request leave to file Volume III of the Appendix in this appeal under seal. In support of that request, the parties state the following:

1

Volume III contains four docket entries that were filed under seal in the District Court. One of those docket entries contains documents that were designated as "Confidential" under the District Court's protective order by Defendant Eckert Seamans Cherin & Mellott ("Eckert"). The remaining three documents in Appendix III all disclose the contents of documents designated by Eckert as "Confidential" under the protective order.

The District Court granted leave to file all four docket entries contained in Volume III under seal. *See* ECF Nos. 299, 300, *Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellott, LLC, et al*, No. 1:20-cv-292 (M.D. Pa.). Local Appellate Rule 30.3(b) contemplates that, when the appendix includes materials sealed in the District Court, those materials will also be sealed before this Court. *See* 3d Cir. L.A.R. 30.3(b). In addition, the parties understand that Eckert requests continued confidentiality of the information disclosed in these docket entries.

The parties do not believe that the filing of this limited set of materials under seal will impair the public's ability to access or understand the proceedings in this appeal.

WHEREFORE, Parx and POM respectfully request that the Court grant them leave to file Volume III of the Appendix under seal; and for such further relief as the Court deems just and proper.

Respectfully submitted,


| | |
|---|---|
| */s/ George A. Bibikos* | */s/ Michael Martinich-Sauter* |
| George A. Bibikos | Michael Martinich-Sauter |
| GA BIBIKOS LLC | JAMES OTIS LAW GROUP LLC |
| 5901 Jonestown Rd. #6330 | 530 Maryville Centre Drive, Suite 230 |
| Harrisburg, Pennsylvania 17112 | St. Louis, Missouri 63141 |
| (717) 580-5305 (Telephone) | (314) 949-3018 (Telephone) |
| gbibikos@gabibikos.com | michael.martinich-sauter@james-otis.com |

*Counsel for Appellant Greenwood Gaming & Entertainment, Inc.*

Michael Nolan
Bola Adeniran
HUSCH BLACKWELL LLP
8001 Forsyth Blvd., Suite 1500
St. Louis, Missouri 63105
314-345-6464 (Telephone)
314-480-1505 (Facsimile)
Jeff.jensen@huschblackwell.com

Jeffrey B. Jensen
TORRIDON LAW PLLC
801 17th Street NW, Suite 1100
Washington, DC 20006
(202) 249-6900 (Telephone)
jjensen@torridonlaw.com

George W. Westervelt, Jr.
Attorney ID No. 18195
706 Monroe Street, PO Box 549
Stroudsburg, Pennsylvania 18360
570-421-6100
geowwest@ptd.net

*Counsel for Appellee Pace-O-Matic, Inc.*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to L.A.R. 28.3(d), I certify that I am a member of the Bar of this Court.

I certify that, based on the word-count feature of Microsoft Word, this motion contains 254 words, excluding the items enumerated in Federal Rule of Appellate Procedure 32(f).

I certify that on May 5, 2025, I caused the foregoing to be served on all counsel of record via the Court's electronic filing system.

I certify that a virus detection program has been run on this file and that no virus was detected.

*/s/ George A. Bibikos*