

2001 Market Street
Suite 1700
Philadelphia, PA 19103
☎ 215.299.2000 🖷 215.299.2150
www.foxrothschild.com

ROBERT S. TINTNER, ESQ.
Direct No: 215-299-2766
Email: rtintner@FoxRothschild.com

May 6, 2025

**VIA CM/ECF**

Patricia S. Dodszuweit, Clerk of Court
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

**Re:**  ***Pace-O-Matic, Inc. v. Eckert Seamans Cherin & Mellott, LLC*, Case No. 24-1984 – Letter from Appellees Eckert Seamans Cherin & Mellott, LLC; Mark S. Stewart; and Kevin M. Skjoldal**

Dear Ms. Dodszuweit:

Fox Rothschild LLP represents defendants-appellees, Eckert Seamans Cherin & Mellott, LLC, Mark S. Stewart, and Kevin M. Skjoldal (collectively, the "Eckert Parties"), in the above-captioned appeal. Although technically the Eckert Parties are listed as "appellees," the Eckert Parties' interests are aligned with respect to the issues in this appeal with appellant, Greenwood Gaming & Entertainment, Inc., d/b/a Parx Casino ("Parx").

Yesterday, Parx filed its brief. *See* ECF No. 28 (the "Parx Brief"). The Eckert Parties do not intend to file their own brief in this appeal. Rather, the Eckert Parties respectfully join in the arguments and requests for relief set forth in the Parx Brief.

We thank the Court for its consideration of this letter.

Respectfully submitted,

*/s/ Robert S. Tintner*
Robert S. Tintner, Esq.

cc:     All counsel of record (Via CM/ECF)

A Pennsylvania Limited Liability Partnership

California     Colorado     Delaware     District of Columbia     Florida     Georgia     Illinois     Massachusetts     Minnesota     Missouri
Nevada     New Jersey     New York     North Carolina     Oklahoma     Pennsylvania     South Carolina     Texas     Washington