UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **24-1984**

Pace-o-Matic v. Eckert Seamans Cherin & Mellott

To:    Clerk

1)      Joint Motion for Leave to File Volume III of Appendix under Seal

---

Action on the foregoing motion is deferred.  The parties are directed to file a supplement to the motion addressing why each of the documents needs to be sealed. See In re Cendent Corp., 260 F.3d 183, 194 (3d Cir. 2001)(explaining the showing necessary to overcome the right of public access).  It is not sufficient to merely state that the documents were designated as confidential in the district court.  The supplement must be filed within 7 days of the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: May 28, 2025
EAF/cc:      All Counsel of Record