**James Otis Law Group, LLC**
530 Maryville Centre Drive, Suite 230            **Michael C. Martinich-Sauter**
St. Louis, Missouri 63141            Michael.Martinich-Sauter@james-otis.com
(314) 949-3018

May 30, 2025

**Via CM/ECF Electronic Filing**

Ms. Patricia S. Dodszuweit
Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re:    *Pace-O-Matic, Inc. v. Eckert, Seamans, Cherin & Mellott, LLC, et al.*, No. 24-1984

Dear Ms. Dodszuweit:

Appellee Pace-O-Matic, Inc. ("POM") submits this letter pursuant to the Court's May 28, 2025 order. The materials contained in Volume III of the Joint Appendix were filed under seal on the District Court docket. They were filed under seal because they contain information or documents that Defendant Eckert Seamans—which is not a party to this interlocutory appeal—designated as "confidential" under the District Court's protective order. POM sought to seal Volume III in compliance with Third Circuit Local Rule 30.3(b), which provides that:

> Records sealed in the district court and not unsealed by order of the court must not be included in the paper appendix. Paper copies of sealed documents must be filed in a separate sealed envelope. When filed electronically, sealed documents must be filed as a separate docket entry as a sealed volume.

Apart from Local Rule 30.3(b), POM does not contend that there is a basis for sealing the materials contained in Volume III. POM understands that Eckert continues to request confidential treatment of those materials. POM is providing a copy of this letter to counsel for Eckert Seamans. POM does not oppose the sealing of Volume III.

POM notes that the materials contained in Volume III are of core relevance to this appeal. In particular, this appeal involves the Magistrate Judge's and District Judge's orders granting a discovery motion. Volume III contains that discovery motion, along with the exhibits to that motion.

Respectfully submitted,

*/s/ Michael C. Martinich-Sauter*
Michael C. Martinich-Sauter
JAMES OTIS LAW GROUP, LLC

1

530 Maryville Centre Drive, Suite 230
St. Louis, Missouri 63141
(314) 949-3018
Michael.Martinich-Sauter@james-otis.com
*Counsel for Appellee Pace-O-Matic, Inc.*

cc:     All counsel via CM/ECF