**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

---

CASE NO. 24-1984

---

**PACE-O-MATIC, INC.,**

*Plaintiff-Appellee*,

v.

**ECKERT SEAMANS CHERIN & MELLOTT, LLC, ET AL.,**

*Defendants*,

and

**GREENWOOD GAMING & ENTERTAINMENT, INC.,**

*Appellant*.

---

On Appeal from the United States District Court
for the Middle District of Pennsylvania
Case No. 1:20-cv-00292

---

**WITHDRAWAL OF MOTION AND VOLUME III OF JOINT APPENDIX
FILED UNDER SEAL**

---

TO THE CLERK:

In response to the Court's order dated May 28, 2025 (Doc. 36), and in light of Appellee's statements in its letter in response to that order (Doc. 37), Appellant Greenwood Gaming & Entertainment, Inc. ("Parx") hereby withdraws the motion

1

filed on May 5, 2025 (Doc. 31) and Volume III of the Joint Appendix (sealed) (Doc. 30) because (a) the confidential materials in that volume of the appendix filed under seal in the district court are not necessary for the Court's resolution of the merits of the narrow issue raised in Parx's third-party appeal; (b) they were included at Appellee's request as part of a compromise over the contents of the appendix; (c) the Appellee's letter now suggests there is no basis for sealing; and (d) withdrawal is a proper resolution to cut the Gordian Knot and avoid further disputes over sealing issues associated with an immaterial portion of a joint appendix.

Parx withdrawals without prejudice to re-file along with a motion to maintain the confidential documents under seal if the Court ultimately believes these materials are necessary for its review of the issue on appeal after receiving full briefing.


 Respectfully submitted,


*/s/ George A. Bibikos*
George A. Bibikos
GA BIBIKOS LLC
5901 Jonestown Rd. #6330
Harrisburg, Pennsylvania 17112
(717) 580-5305
gbibikos@gabibikos.com

***Counsel for Appellant Greenwood
Gaming & Entertainment, Inc.***

2

## **CERTIFICATES**

Pursuant to L.A.R. 28.3(d), I certify that:

I am a member of the Bar of this Court.

Based on the word-count feature of Microsoft Word, this motion contains 240 words.

I caused the foregoing to be served on all counsel of record via the Court's electronic filing system.

A virus detection program has been run on this file and that no virus was detected.

*/s/ George A. Bibikos*