**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

CASE NO. 24-1984

**PACE-O-MATIC, INC.,**

*Plaintiff-Appellee*,

v.

**ECKERT SEAMANS CHERIN & MELLOTT, LLC, ET AL.,**

*Defendants*,

and

**GREENWOOD GAMING & ENTERTAINMENT, INC.,**

*Appellant*.

On Appeal from the United States District Court
for the Middle District of Pennsylvania
Case No. 1:20-cv-00292

**REPLY IN SUPPORT OF MOTION FOR LEAVE TO SUPPLEMENT THE
APPENDIX AND FOR LEAVE TO FILE PROVISIONALLY UNDER SEAL**

**JAMES OTIS LAW GROUP LLC**
Michael Martinich-Sauter
530 Maryville Centre Dr., Suite 230
St. Louis, Missouri 63141
(314) 949-3018
michael.martinich-sauter@james-otis.com

*Additional counsel listed in signature block*

Appellee Pace-O-Matic, Inc. ("POM") respectfully submits this reply in support of its Motion for Leave to Supplement the Appendix and for Leave to File Provisionally Under Seal.

Appellant Greenwood Gaming & Entertainment ("Parx") states that it "does not object if the Court wishes to reinstate Volume III as part of the Joint Appendix . . ., **but only if** the Court maintains the contents under seal." Dkt. No. 44 at 1 (emphasis in original). Parx does not cite any legal authority to support its position, nor does it respond to the arguments raised in POM's motion. In particular, Parx offers no argument to support the notion that it possesses the authority unilaterally to condition inclusion of materials in the Joint Appendix on whether the Court ultimately permits them to be maintained under permanent seal. No such authority exists. As described in POM's motion, Federal Rule of Appellate Procedure 30(b) mandates that the contents of Volume III be included in the Joint Appendix. That question is wholly separate from whether Volume III should be maintained permanently under seal.

As for the sealing issue, Parx presents no argument of its own but instead joins in the filing submitted by Eckert Seamans Cherin & Mellott, LLC ("Eckert"). POM wishes to avoid unnecessary disputes that are collateral to the merits of this appeal. Thus, as POM has repeatedly stated, it does not oppose the sealing of Volume III.

For the same reason, POM does not intend to respond to the substance of the legal or factual arguments asserted by Eckert in its filing.[1]

## CONCLUSION

For the reasons stated above and in its motion, POM respectfully requests leave to supplement the Appendix by refiling Volume III of the Joint Appendix. POM further seeks leave to file Volume III provisionally under seal, pursuant to L.A.R. 30.3(b).

---

[1] POM feels compelled to emphasize that, by declining to oppose the arguments raised in Eckert's filing, POM does not intend to withdraw or retreat from any arguments that it has previously presented to the District Court in this litigation. Most notably, POM previously challenged the designation of Eckert's privilege log as confidential and opposed the sealing of that privilege log. *See* JA471-473; M.D. Pa. Docket No. 307. The District Court agreed with POM, concluding that there was "no basis for designating [Eckert's] privilege log as confidential." M.D. Pa. Docket No. 311, at 4. Consistent with that ruling, the privilege log was included in one of the public volumes of the Joint Appendix in this appeal. *See* JA277-392. To the extent that Eckert's filing contends that the inclusion of information from the privilege log justifies sealing, *see* 3d Cir. Docket No. 45 at 13-14, POM's decision not to oppose sealing should not be construed as asserting a position inconsistent with arguments that POM previously (and successfully) made to the District Court.

Respectfully submitted,


*/s/ Michael Martinich-Sauter*
Michael Martinich-Sauter
JAMES OTIS LAW GROUP LLC
530 Maryville Centre Drive, Suite 230
St. Louis, Missouri 63141
(314) 949-3018 (Telephone)
michael.martinich-sauter@james-otis.com

Michael Nolan
Bola Adeniran
8001 Forsyth Blvd., Suite 1500
St. Louis, Missouri 63105
314-345-6464 (Telephone)
314-480-1505 (Facsimile)
Jeff.jensen@huschblackwell.com

Jeffrey B. Jensen
TORRIDON LAW PLLC
801 17th Street NW, Suite 1100
Washington, DC 20006
(202) 249-6900 (Telephone)
jjensen@torridonlaw.com

George W. Westervelt, Jr.
Attorney ID No. 18195
706 Monroe Street, PO Box 549
Stroudsburg, Pennsylvania 18360
570-421-6100
geowwest@ptd.net

***Counsel for Appellee Pace-O-Matic, Inc.***

3

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.A.R. 28.3(d), I certify that I am a member of the Bar of this Court.

I certify that, based on the word-count feature of Microsoft Word, this brief contains 470 words, excluding the items enumerated in Federal Rule of Appellate Procedure 32(f).

I certify that on June 23, 2025, I caused the foregoing to be served on all counsel of record via the Court's electronic filing system.

I certify that I used McAfee virus detection software to scan this file, and no virus was detected.

*/s/ Michael Martinich-Sauter*