# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1984

Pace-O-Matic, Inc.    vs.    Eckert Seamans Cherin & Mellott LLC, et al.

Calendar Date 11/10/2025    Location Philadelphia

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Pace-O-Matic, Inc.

Designation of Arguing Counsel: Michael Martinich-Sauter

Member of the Bar: ☑ Yes    ☐ No

Representing (check only one):

☐ Petitioner(s)    ☐ Appellant(s)    ☐ Intervenor(s)

☐ Respondent(s)    ☑ Appellee(s)    ☐ Amicus Curiae

Please list the name of the lead party being represented:

Pace-O-Matic, Inc.

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)