OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



# UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

October 17, 2025

George A. Bibikos, Esq.
Michael Martinich-Sauter, Esq.
Robert S. Tintner, Esq.

RE: Pace O Matic Inc v. Eckert Seamans Cherin & Mellott LLC, et al
Case Number: 24-1984
District Court Case Number: 1:20-cv-00292

Dear Counsel:

The Court has directed me to advise counsel that the above-entitled case(s) will be submitted on the briefs on **Monday, November 10, 2025** pursuant to 3rd Cir. LAR 34.1(a). Since there will be no oral argument, your presence will not be required.

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel: **RESTREPO, MCKEE and AMBRO, Circuit Judges.**

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk


By: Ashley
Calendar Clerk
267-299-4947