<u>02:00 P.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)</u>

<u>MONDAY, NOVEMBER 10, 2025</u>

<u>Coram: RESTREPO, MCKEE and AMBRO, Circuit Judges</u>

<u>No. 24-2990/ 24-3198</u>

ADOLPH MICHELIN
v.
WARDEN MOSHANNON VALLEY
CORRECTIONAL CENTER; et al.,
Appellants

——

ADEWUMI ABIOYE
v.
WARDEN MOSHANNON VALLEY
PROCESSING CENTER; et al.,
Appellants

| <u>Counsel for Appellants</u> | <u>Counsel for Appellees</u> |
|---|---|
| JOSEPH A. MCCARTER | WILLIAM SHARON |
| (15 minutes per Court) | (15 minutes per Court) |

PAGE TWO – CONTINUED                    MONDAY, NOVEMBER 10, 2025

Coram: RESTREPO, MCKEE and AMBRO, Circuit Judges

No. 24-2966

UNITED STATES OF AMERICA
v.
THOMAS MANZO,
Appellant

Counsel for Appellant                    Counsel for Appellee

BRENDAN WHITE                            MARK E. COYNE

(15 minutes per Court)                   (15 minutes per Court)

_____

No. 24-2156

UNITED STATES OF AMERICA
v.
JABAR EVANS,
Appellant

Counsel for Appellant                    Counsel for Appellee

EMMA ENRIGHT                             JANE M. DATTILO

(15 minutes per Court)                   (15 minutes per Court)

PAGE THREE – CONTINUED                    MONDAY, NOVEMBER 10, 2025

Coram: RESTREPO, MCKEE and AMBRO, Circuit Judges

S U B M I T T E D

No. 24-1984
Pursuant to 3rd Cir. LAR 34.1(a)

PACE-O-MATIC, INC.
v.
ECKERT, SEAMANS CHERIN & MELLOTT LLC;
MARK S. STEWART; KEVIN M. SKJOLDAL

GREENWOOD GAMING AND ENTERTAINMENT, INC,
d/b/a Parx Casino,
Appellant

____

No. 25-1045
Pursuant to 3rd Cir. LAR 34.1(a)

CODY SIMENSKY
v.
EXPERIAN INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC

EXPERIAN INFORMATION SOLUTIONS, INC.,
Appellant

____

No. 25-1070
Pursuant to 3rd Cir. LAR 34.1(a)

KATHERINE BIRL, AS PARENT AND NATURAL GUARDIAN OF G.B.,
A MINOR AND IN HER OWN RIGHT; et al.
Appellants
v.
SKI SHAWNEE, INC.

PAGE FOUR – CONTINUED                    MONDAY, NOVEMBER 10, 2025

Coram: RESTREPO, MCKEE and AMBRO, Circuit Judges

S U B M I T T E D

No. 25-2192
Pursuant to 3rd Cir. LAR 34.1(a)

RAFAEL MUESES POPOTE
v.
SUPERINTENDENT PINE GROVE SCI;
ATTORNEY GENERAL PENNSYLVANIA;
DISTRICT ATTORNEY BERKS COUNTY

DISTRICT ATTORNEY BERKS COUNTY,
Appellant