UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1984

_____

PACE-O-MATIC, INC.

v.

ECKERT, SEAMANS CHERIN & MELLOTT LLC;
MARK S. STEWART; KEVIN M. SKJOLDAL

*GREENWOOD GAMING AND ENTERTAINMENT, INC,
d/b/a Parx Casino,
Appellant

*(Pursuant to Rule 12(a), Fed. R. App. P.)

_____

SUR PETITION FOR REHEARING
_____

Present: CHAGARES, *Chief Judge*, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE, MASCOTT, McKEE* and AMBRO*, *Circuit Judges*

The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the

_____

* The votes of Judge McKee and Judge Ambro are limited to panel rehearing only.

circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

By the Court,

s/ L. Felipe Restrepo
Circuit Judge

Dated: March 24, 2026

kr/cc: All Counsel of Record